IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHEILA HAYFORD,      :
            :
  Plaintiff,     :
            :
 v.          : Civil Action No. 04-816-JJF
            :
TRAVELERS BANK AND TRUST, FSB,:
            :
  Defendant.    :

O R D E R

WHEREAS, an alias summons was issued by the Court in the above-captioned case for Defendant Travelers Bank and Trust FSB on July 19, 2004;

NOW THEREFORE, IT IS HEREBY ORDERED this 22 day of July 2005, that Plaintiff show cause in writing **within twenty (20) days of the date of this Order** why this case should not be dismissed for failure to serve process within 120 days of filing the Complaint pursuant to Federal Rule of Civil Procedure 4(m).

                /s/ Joseph J. Farnan
               UNITED STATES DISTRICT JUDGE