DATE: AUGUST 9, 2005

TO: THE HONORABLE JUDGE, JOSEPH J. FARNAN
US DISTRICT COURT
844 N. KING SREET
WILMINGTON, DE 19801

FROM: SHEILA HAYFORD
17 PENNWOOD DRIVE
DOVER, DE 19901

YOUR REFERENCE: 04-0816-JJF

YOUR HONOR:
AS OF AUGUST 9, 2005 THE DEFENDANTS, TRAVELLERS BANK AND TRUST HAVE FAILED TO RESPOND WITH AN ANSWER TO THE COMPLAINT SERVED ON THEM PER COPY DATED JUL 02, 2004.
THE PLAINTIFF HAS GIVEN THEM REASONABLE TIME TO RESPOND.
I AM THEREFORE ASKING THAT THE COURT GRANT THE PLAINTIFF RELIEF SOUGHT IN THE COMPLAINT AND THAT THIS CASE NOT BE DISMISSED. THANK YOU.

SINCERELY,

*Sheila Hayford*

SHEILA HAYFORD

Shelia M Hayford
17 Pennwood Dr
Dover, DE 19901-5848

Judge Joseph J. Farnan
US District Court for the State of Delaware
844 N. King Street
Wilmington, De 19801-3570

RECEIVED AUG 10 2005