IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHEILA HAYFORD,                    :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :  Civil Action No. 04-816-JJF
                                   :
TRAVELERS BANK AND TRUST, FSB,:
                                   :
        Defendant.                 :

O R D E R

WHEREAS, the Court issued an Order requiring Plaintiff to

show cause in writing within twenty (20) days of the Court's

Order why this case should not be dismissed for failure to serve

process within 120 days of filing the Complaint pursuant to

Federal Rule of Civil Procedure 4(m);

WHEREAS, Plaintiff responded to the Court's Order with a

letter (D.I. 5) stating that the Complaint was served on

Defendant "per copy dated Jul[y] 02, 2004," that "Plaintiff has

given them reasonable time to respond" and asking the Court to

grant Plaintiff the relief sought in the Complaint and not

dismiss this action;

WHEREAS, Plaintiff attached to her letter copies of the

summons;

WHEREAS, the Court construes Plaintiff's letter as a request

for default judgment under Federal Rule of Civil Procedure 55;

WHEREAS, the summons attached to the Complaint was issued by

the Clerk's office to Plaintiff, but it is Plaintiff's burden to

demonstrate that the summons was served on Defendant, and copies

of the summons are not adequate proof that service was

effectuated under the Federal Rules of Civil Procedure;

NOW THEREFORE, IT IS HEREBY ORDERED this <u>18th</u> day of October

2005, that:

1.    Plaintiff's letter (D.I. 5) which the Court construes

as a request for default judgment is **DENIED**.

2.    Plaintiff shall have an additional **twenty days (20)**

**from the date of this Order** to show cause why this action should

not be dismissed for failure to effectuate service in accordance

with Federal Rule of Civil Procedure 4(m).

UNITED STATES DISTRICT JUDGE