IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHEILA HAYFORD,                :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civil Action No. 04-816-JJF
                               :
TRAVELERS BANK AND TRUST, FSB, :
a Maryland Corporation,        :
                               :
        Defendant.             :

### O R D E R

WHEREAS, the Court denied Plaintiff's request for default judgment and issued an Order (D.I. 6) requiring Plaintiff to show cause in writing within twenty (20) days of the date of the Court's Order why this case should not be dismissed for failure to serve process within 120 days of filing the Complaint pursuant to Federal Rule of Civil Procedure 4(m);

WHEREAS, to date, Plaintiff has failed to file a response to the Court's Order;

NOW THEREFORE, IT IS HEREBY ORDERED this 15 day of November 2005, that Plaintiff's Complaint is **DISMISSED** without prejudice.

UNITED STATES DISTRICT JUDGE